**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ASTA FREYSDOTTIR, | ) | 3:12-cv-00008-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING STIPULATION |
| | ) | TO DISMISS |
| U.A. LOCAL 350 HEALTH, WELFARE AND VACATION TRUST FUND, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties (#5, #6, & #8), this action is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys fees and costs. The hearing set for February 16, 2012 is VACATED.

**IT IS SO ORDERED.**

DATED: This 14th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

1